IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JAMES ROBINSON | : | NO. 09-473 |

## O R D E R

**AND NOW**, this 13th day of April, 2012, upon consideration of Defendant's Motion to Dismiss Indictment (Doc. No. 135, filed March 13, 2012) and the Government's Response to Defendant's Motion to Dismiss Indictment (Doc. No. 144, filed March 20, 2012), following a hearing and oral argument on April 11, 2012, for the reasons set forth in the Memorandum dated April 13, 2012, **IT IS ORDERED** that Defendant's Motion to Dismiss Indictment is **DENIED**.[1]

BY THE COURT:

    /s/ Hon. Jan E. DuBois
**JAN E. DuBOIS, J.**

---

[1] The Court issued an oral Order at the conclusion of the April 11, 2012, hearing denying Defendant's Motion to Dismiss Indictment.