IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JAMES ROBINSON | : | NO. 09-473 |

# O R D E R

**AND NOW**, this 14th day of May, 2012, upon consideration of defendant's Motion for New Trial (Doc. No. 164, filed April 28, 2012) and the Government's Response to Defendant's Motion for New Trial (Doc. No. 168, filed May 7, 2012), for the reasons set forth in the Memorandum dated May 14, 2012, **IT IS ORDERED** that defendant's Motion for New Trial is **DENIED**.

BY THE COURT:

　　/s/ Hon. Jan E. DuBois　　
　　**JAN E. DuBOIS, J.**